IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02156-WDM-MEH

SPIRE DENVER, LLC, a Colorado limited liability company, and
SPIRE DENVER INVESTORS, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

HYPO REAL ESTATE CAPITAL CORPORATION, a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 23, 2008.**

    The Stipulated Motion for Entry of Confidentiality Protective Order [filed January 17, 2008; doc #16] is **denied**, and the Stipulated Confidentiality Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court required a mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89.