IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02156-WDM-MEH

SPIRE DENVER, LLC, a Colorado limited liability company, and
SPIRE DENVER INVESTORS, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

HYPO REAL ESTATE CAPITAL CORPORATION, a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 29, 2008.**

    The Stipulated Motion for Entry of Revised Confidentiality Protective Order [filed January 24, 2008; doc #19] is **granted**. The Revised Stipulated Confidentiality Protective Order is filed contemporaneously with this minute order.