IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02156-WDM-MEH

SPIRE DENVER, LLC, a Colorado limited liability company, and
SPIRE DENVER INVESTORS, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

HYPO REAL ESTATE CAPITAL CORPORATION, a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 29, 2008.**

    For good cause shown, Plaintiffs' Unopposed Motion to Increase Number of Depositions [filed February 26, 2008; doc #30] is **granted**. Paragraph 8(h)(1) of the Scheduling Order shall be amended as follows:

    The parties agree that each side shall have a total of **ten** depositions, including one 30(b)(6) deposition.