IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 07-cv-02156-WDM-MEH | Date: October 17, 2008 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| SPIRE DENVER, LLC, <br> SPIRE DENVER INVESTORS, LLC, <br> THE NICHOLS PARTNERSHIP, INC., and <br> CENTENNIAL REALTY ADVISORS, LLC, <br><br>    Plaintiffs, <br><br> vs. <br><br> HYPO REAL ESTATE CAPITAL CORPORATION, <br><br>    Defendant. | Amy Benson <br><br><br><br><br><br><br><br> Jeffrey Smith |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:** 10:03 a.m.

Court calls case. Appearances of counsel.

Argument and discussion regarding Plaintiffs' Motion to Compel (Doc. #80, filed 7/7/08).

The Court takes the matter under advisement.

**Court in recess:** 11:03 a.m. **(Hearing concluded)**
**Total time in court:** 1:00