IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02156-WDM-MEH

SPIRE DENVER, LLC, a Colorado limited liability company,
SPIRE DENVER INVESTORS, LLC, a Colorado limited liability company,
NICHOLS PARTNERSHIP, INC., and
CENTENNIAL REALTY ADVISORS, LLC,

    Plaintiffs,

v.

HYPO REAL ESTATE CAPITAL CORPORATION, a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 24, 2008**.

    Upon notice of the settlement of this matter, Plaintiff's Motion to Compel [filed July 7, 2008; docket #80] is **denied as moot**. The parties shall file dismissal papers with the Court **on or before December 31, 2008**.